[No. 34917-5-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS M. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00147-1, F. Mark McCauley, J., entered May 22, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater, J.; Hunt, J., concurring in part.

[No. 35038-6-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. REX POPE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00637-3, Craddock D. Verser, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 21922-4-III.   Division Three.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DELONDE NATHANAL PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 02-1-50091-8, Carolyn A. Brown, J., entered March 21, 2003. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 25088-1-III.   Division Three.   July 31, 2007.]

*In the Matter of the Marriage of* WILLIAM EDWARD REICH, *Respondent*, and LORA LYNNE HOVLAND-REICH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-00790-5, Michael P. Price, J., entered March 17, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik and Stephens, JJ.